■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN CRUZ, Appellant. [862 NYS2d 910]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 6, 2004 (*People v Cruz*, 13 AD3d 390 [2004]), affirming a judgment of the County Court, Orange County, rendered August 16, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Santucci, J.P., Dillon, Balkin and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL GAINEY, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Gavrin, J.), imposed February 9, 2007, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Santucci, Angiolillo and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEENAN GANT, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Kahn, J.), both imposed April 12, 2007, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Spolzino, J.P., Santucci, Angiolillo and Eng, JJ., concur.